# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES UPSHAW, | Case No. 2:17-cv-03142-APG-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 8) |
| WAL-MART STORES, | |
| Defendant(s). | |

Before the Court is the parties' notice of settlement. Docket No. 8. The Court **ORDERS** the parties to file a stipulation of dismissal no later than February 9, 2018. The Court **VACATES** all other deadlines.

IT IS SO ORDERED.

DATED: January 9, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge