MICHAEL A. McOSKER, ESQ.
Nevada Bar #7816
CRAIG P. KENNY & ASSOCIATES
501 S. 8th Street
Las Vegas, NV 89101
Phone: (702) 380-2800
Fax: (702) 380-2833
E-Mail: mmcosker@cpklaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JAMES UPSHAW,<br><br>    Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., a Foreign Corporation d/b/a WAL-MART #3473; DOE EMPLOYEES I through X; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants. | CASE NO. : 2:17-cv-03142-APG-NJK<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED by and between, Michael A. McOsker, Esq. of Craig P. Kenny & Associates on behalf of Plaintiff, James Upshaw and Charles Abbott, Esq. of the Law Offices of Charles Abbott, PC on behalf of Defendant, Wal-Mart Stores, Inc. d/b/a Wal-Mart #3473 that the within

///
///
///
///
///
///
///
///

1

matter be dismissed, with prejudice, with each party to bear their own attorneys' fees and costs.

DATED: 2/5/2018

**CRAIG P. KENNY & ASSOCIATES**

MICHAEL A. McOSKER, ESQ.
Nevada Bar #7816
501 S. 8th Street
Las Vegas, NV 89101
Attorney for Plaintiff

DATED: 1-31-2018

**LAW OFFICES OF CHARLES ABBOTT, PC**

CHARLES ABBOTT, ESQ.
SBN 13811
2150 Park Place, Ste. 100
El Segundo, CA 90245
Attorney for Defendant

IT IS SO ORDERED this 6th day of February, 2018.

UNITED STATES DISTRICT COURT JUDGE